Kenneth O. **CARTER**, Plaintiff–Appellant,

v.

State of **VIRGINIA**, Government Employer Fault Liable; Lawsuit Recipient and Representative for State of Virginia Government, Attorney Gener-

al, Jerry W. Kilgore; Grounds for Defendant Fault Liable is Employee Misuse of Law Authority Cause Plaintiff, Defendants–Appellees.

Kenneth O. **Carter, Plaintiff–Appellant,**

v.

Jack **Goldberg, a/k/a Jake Goldberg;** Lawsuit Recipient and Representative for State of Virginia Government, Attorney General, Jerry W. Kilgore; Grounds for Compensation Defendant's Misuse of Law Authority Cause Plaintiff, Defendants–Appellees.

Nos. 02–1836, 02–1839.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 27, 2002.

Kenneth O. Carter, Appellant Pro Se.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kenneth O. Carter seeks to appeal the district court's orders denying relief on his 42 U.S.C. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeals on the reasoning of the district court. *See Carter v. State of Virginia,* No. CA–02–18–4 (E.D.Va. July 25, 2002); *Carter v. Goldberg,* No. CA–02–17

(E.D.Va. July 25, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*